1054

No. 99–1275. SCHEIDLY *v.* TRAVELERS INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 99–1287. MITSUBISHI ELECTRIC CORP. *v.* AMPEX CORP. C. A. Fed. Cir. Certiorari denied.

No. 99–1289. UNITED STATES EX REL. AMERICAN TEXTILE MANUFACTURERS INSTITUTE, INC. *v.* THE LIMITED, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–1291. JF HOTEL MANAGEMENT *v.* FLYNN. C. A. 11th Cir. Certiorari denied.

No. 99–1296. MURRAY *v.* SMILTNEEK. 95B Jud. Dist. Ct., Dickinson County, Mich. Certiorari denied.

No. 99–1304. ALLEN-SESKER ET AL. *v.* BELL ATLANTIC GLOBAL WIRELESS, INC., T/A CHESAPEAKE DIRECTORY SALES CO., ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–1306. HERSHFIELD *v.* BOARD OF ZONING APPEALS, KING GEORGE COUNTY. Sup. Ct. Va. Certiorari denied.

No. 99–1309. CHANDLER *v.* CHANDLER ET AL. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 99–1317. MUKA *v.* RUTHERFORD INSTITUTE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–1333. DISTELRATH, CHIEF OF POLICE, WEST COVINA POLICE DEPARTMENT, ET AL. *v.* HONEY. C. A. 9th Cir. Certiorari denied.

No. 99–1335. SECURITY FINANCE CORP. ET AL. *v.* CLARK, ACTING ADMINISTRATOR, OKLAHOMA DEPARTMENT OF CONSUMER CREDIT, ET. AL. Sup. Ct. Okla. Certiorari denied.

No. 99–1337. DOUTHITT *v.* MAY DEPARTMENT STORES, DBA FAMOUS BARR. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 99–1339. BURKHART *v.* QUILICI. Ct. App. Cal., 3d App. Dist. Certiorari denied.